660

■ In the Matter of PIPE & ENGINEERING Co., INC., Respondent, v. CHARLES H. SILVER, as President of the Board of Education of the City of New York, et al., Appellants.— Motion by respondent to dismiss appeals on the ground that they were not timely taken, denied. Motion by respondent to dismiss appeal on the ground that the order is an intermediate order and not appealable as of right, denied with leave to renew on the argument of the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ELAINE PAWIAK, Respondent, v. CHESTER PAWIAK, Appellant.— Motion by appellant to prosecute appeal as a poor person, denied. On the court's own motion, leave to dispense with printing, granted. The appeal will be heard on the original papers and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellant and respondent are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. Motion by appellant for assignment of counsel denied. It appears that appellant has counsel to prosecute the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ETHEL MOSES, as Administratrix of the Estate of DAVID MOSES, Deceased, Respondent-Appellant, v. CITY OF NEW YORK, Defendant, CONSOLIDATED EDISON Co. OF NEW YORK, INC., et al., Respondents, and H. R. H. CONSTRUCTION CORPORATION et al., Appellants-Respondents. H. R. H. CONSTRUCTION CORPORATION, Third-Party Plaintiff-Respondent-Appellant, v. KINGSBORO CONSTRUCTION Co., INC., Third-Party Defendant-Appellant, SIDNEY V. LIPKINS et al., Doing Business as LIPKINS KAHN Co., Third-Party Defendants-Respondents. CITY OF NEW YORK, Fourth-Party Plaintiff, v. KINGSBORO CONSTRUCTION Co., INC., et al., Fourth-Party Defendants. BROADWAY MAINTENANCE CORP., Fifth-Party Plaintiff, v. KINGSBORO CONSTRUCTION Co., INC., Fifth-Party Defendant. LINKO CORPORATION, Fifth-Party Plaintiff-Respondent, v. KINGSBORO CONSTRUCTION Co., INC., Fifth-Party Defendant-Appellant.— Motion by Kingsboro Construction Co., Inc., for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ANN B. NEWBURGER, Appellant, v. ANDREW M. NEWBURGER, Respondent.— Motion by appellant to dispense with printing on appeal from judgment, granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion of the court below. The appellant is directed to file six copies of her typewritten brief and to serve one copy on the respondent. Motion by appellant to enlarge time to perfect her appeal granted; time enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ JOSEPH REHL, Appellant, v. PHILIP LOVASCIO et al., Respondents.— Motion by appellant to appeal as a poor person, granted. The appeal will be heard on a typewritten record (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file two copies of the typewritten record and six copies of his typewritten brief and to serve one copy of each on respondent. Dora Aberlin, Esq., 225 Broadway, New York 7, N. Y., having consented to act without compensation (except as allowed pursuant to statute), is assigned as counsel to prosecute the appeal. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.